| | |
|---|---|
| 1 | MARGO A. RAISON, COUNTY COUNSEL |
| 2 | By: Kathleen Rivera, Deputy (SBN 211606) |
|   | Kern County Administrative Center |
| 3 | 1115 Truxtun Avenue, Fourth Floor |
|   | Bakersfield, CA 93301 |
| 4 | Telephone 661-868-3800 |
| 5 | Fax 661-868-3805 |
|   | Attorneys for the Defendants County of Kern, Martinez, |
| 6 | Maldonado and Moreno |
| 7 | |
| 8 | RODRIGUEZ & ASSOCIATES |
|   | By: Daniel Rodriguez, Esq. (SNB 096625) |
| 9 | Danay Gonzalez, Esq. (SNB 316755) |
|   | 2020 Eye Street |
| 10 | Bakersfield, CA 93301 |
| 11 | Telephone 661-323-1400 |
|    | Fax 661-323-0132 |
| 12 | Attorneys for the Plaintiffs Selena Gonzalez |
|    | and Lydia Ruiz |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SELENA GONZALEZ and LYDIA RUIZ, | ) | Case No.: 1:19-CV-00372-JLT |
| | ) | |
| Plaintiffs, | ) | JOINT STIPULATION FOR DISMISSAL |
| v. | ) | WITH PREJUDICE, [~~PROPOSED~~] |
| | ) | ORDER |
| | ) | |
| COUNTY OF KERN; DEPUTY | ) | |
| MARTINEZ; DEPUTY MALDONADO; | ) | |
| DEPUTY MORENO; and DOES 1 to 100, | ) | |
| inclusive, | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their respective attorneys of record, stipulate to a dismissal of this

///

///

1

---

Joint Stipulation for Dismissal With Prejudice, [Proposed] Order, 1:19-CV-00372-JLT

action with prejudice.  Each party is to bear their own fees and costs.

Dated:  November 8, 2019				MARGO A. RAISON, COUNTY COUNSEL

						By: /s/ Kathleen Rivera_____
						    Kathleen Rivera, Deputy
						    Attorneys for Defendants

Dated:		____, 2019			RODRIGUEZ & ASSOCIATES

						By: /s/ Danay Gonzalez*_____
						    Danay Gonzalez, Esq.,
						    Attorneys for Plaintiffs

*permission to electronically
sign given by e mail 11/8/19

## ORDER

Based on the stipulation of the parties, this matter is DISMISSED with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  **November 12, 2019**			**/s/ Jennifer L. Thurston**
						UNITED STATES MAGISTRATE JUDGE